FILED'08 NOV 03 15:13 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

STATE FARM MUTUAL AUTOMOBILE )
INSURANCE COMPANY,            )
                              )
            Plaintiff,        )    Civil Case No. 07-1565-JE
                              )
vs.                           )    ORDER
                              )
CHRISTOPHER COTA, as personal )
representative of the Estate of ANDREW )
COTA; LEOPOLDO TRUJILLO, MAYRA )
TRUJILLO, and OLIVIA GONZALES, )
                              )
            Defendants.       )
_____)

    David R. Foster
    Holly E. Pettit
    Anthony L. Reiner
    Bullivant Houser Bailey PC
    300 Pioneer Tower
    888 S. W. 5th Avenue
    Portland, Oregon 97204-2089

        Attorneys for Plaintiff

Page 1 - ORDER

Charles G. Duncan
Raymond J. Bradley
Attorneys at Law
700 Lawrence Street
Eugene, Oregon 97401-2545

    Attorneys for Defendants


KING, Judge:

The Honorable John Jelderks, United States Magistrate Judge, filed Findings and Recommendation on October 1, 2008. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Jelderks's Findings and Recommendation (#30). IT IS HEREBY ORDERED that State Farms' motion for summary judgment (#17) is GRANTED.

Dated this _____ 3rd _____ day of November, 2008.

                                                    _____
                                                  Garr M. King
                                                  United States District Judge